UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ORTEGA BUCIO (A# 205-056-255),<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, et al.,<br><br>　　　　Respondents. | No.  1:26-cv-00082 DJC SCR<br><br><br>ORDER |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 12.  Respondents filed objections to the findings and recommendations on grounds the Court should deny the petition on statutory grounds because Petitioner is an applicant for admission to the United States. ECF No. 13 (citing 8 U.S.C. § 1225(b)).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

1

304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on the Fifth Amendment procedural due process claim only.

3. The Court denies without prejudice the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted.

4. The preliminary injunctive relief previously granted is made permanent.

5. All pending motions, if any, are denied as moot.

6. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   **August 7, 2026**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2